UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA <br><br> Defendant. | Civil Action No. |

## MOTION FOR LEAVE TO COMMENCE DISCOVERY

COMES NOW the Plaintiff David Olabayo Olaniyi ("Plaintiff"), by counsel, and respectfully moves this Court, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure for an order allowing Plaintiff to commence discovery prior to the Rule 26(f) conference in the interests of justice and judicial efficiency, noting that discovery in another pending matter, <u>Olaniyi v. District of Columbia, et al.</u>, is on-going and the claims arise from the same transaction or occurrence and have common questions of law and fact.

## ARGUMENT

Rule 26(d) of the Federal Rules of Civil Procedure states that a party "may not seek discovery from any source before the parties have conferred as required by Rule 26(f). Unless the court upon motion, for the convenience of parties and witnesses and in the interests of justice, orders otherwise, methods of discovery may be used in any sequence, and the fact that a party is conducting discovery, whether by deposition or otherwise, does not operate to delay any other party's discovery." Fed. R. Civ. P. 26(d).

USActive 5779672.2

Rule 26(f) of the Federal Rules of Civil Procedure grants courts flexibility to depart from the meet and confer process in special circumstances when premised upon a motion of one of the parties. *Equidyne Corp. v. Does 1-29*, 279 F. Supp. 2d 481, 483 (D. Del. 2003).

The incident giving rise to this civil action occurred in March 2003. The Plaintiff timely filed his pre-requisite claim for damages pursuant to the Federal Tort Claims Act in February 2005. The United States of America has thus had knowledge of the Plaintiff's claim and has therefore had sufficient time to gather documents and investigate and assess the claim.

Indeed, in <u>Olaniyi v. District of Columbia, et</u> al. (Case No. 05-455), Plaintiff has already served both the Secret Service and the United States Capitol Police with third-party subpoenas. Plaintiff has already been in contact with these entities regarding the discovery in the 05-455 case and thus, has essentially began discovery with both parties. Plaintiff has received some documents from the United States Capitol Police and is expecting to receive documents from the Secret Service after resolving certain discovery issues. Thus Plaintiff has filed this motion in order to merely continue the discovery that is already taking place.

Furthermore, Plaintiff wishes to begin conducting depositions as soon as possible in order to prevent the passage of time from preventing meaningful discovery and affording him a full and fair opportunity to assess his claim.

An order granting leave to commence discovery should not harm the Defendant, for it has already had ample notice of the Plaintiff's claim and has indeed already been involved with the Plaintiff regarding discovery matters.

## **CONCLUSION**

Accordingly, in the interest of justice, Plaintiff respectfully asks that the Motion for Leave to Commence Discovery prior to the Rule 26(f) conference be granted.

Dated:  December 20, 2006                    Respectfully submitted,

_____
David F. Williams (Bar No. 298380)
Jennafer B. Neufeld (Bar No. 489233)
Keith R. Wesolowski (Bar No. 494415)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F. Street, NW
Washington, DC  20004
Tel:  202 862 2400
Fax:  202 862 2200

*Counsel for Plaintiff David Olabayo Olaniyi*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID OLABAYO OLANIYI,

        Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

        Defendant.

Case No. 05-cv-00455 (RBW)

**ORDER**

      Upon consideration of Plaintiff's Motion for Leave to Commence Discovery and the record herein, it is hereby

      ORDERED, that Plaintiff's Motion for Leave to Commence Discovery be, and hereby is, GRANTED, and it is further,

      ORDERED that discovery may begin immediately.

_____
UNITED STATES DISTRICT JUDGE

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Commence Discovery, and proposed Order were filed with the Clerk of the Court and served upon:

Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Chief Counsel's Office
United States Secret Service
950 H Street N.W., Suite 8300
Washington, D.C. 20223

General Counsel's Office
United States Capitol Police
499 South Capitol Street
Washington, D.C. 20003

_____
Jennafer B. Neufeld