UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID OLABAYO OLANIYI,

                    Plaintiff,

           -against-

DISTRICT OF COLUMBIA, ET AL.,

                    Defendant.

Civil No. 06-2165 (RBW)

**PLAINTIFF'S NOTICE TO THE COURT REGARDING SERVICE**

COMES NOW the Plaintiff, by and through his undersigned attorneys, respectfully files this Notice informing the Court that the Plaintiff has effectuated service on the United States of America, as discussed below.

Rule 4(i) of the Federal Rules of Civil Procedure sets forth the requirements for service against the United States. Specifically, the rule states that:

(1)   Service upon the United States shall be effected

(A)   by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and

(B)   by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia, and

(C)   in any action attacking the validity of an officer or agency of the United States not made a party, by also sending a

        copy of the summons and of the complaint by registered or certified mail to the officer or agency.

Fed. R. Civ. P. 4(i).

      Plaintiff fully complied with each requirement of Rule 4(i) and service was effectuated on January 5, 2007:

      1.    On January 4, 2007, Plaintiff delivered a copy of the Summons and Complaint to an authorized designee of the United States Attorney for the District of Columbia. A copy of the Affidavit of Service is attached as Exhibit A. Thus, the Plaintiff has complied with Rule 4(i)(1)(A).

      2.    On January 5, 2007, the Plaintiff sent, by United States Mail, certified, a copy of the Summons and Complaint to the United States Attorney General. Thus, the Plaintiff has complied with Rule 4(i)(1)(B). Moreover, the Plaintiff served an authorized designee of the United States Attorney General with a copy of the Summons and Complaint on December 21, 2006. A copy of the Affidavit of Service is attached as Exhibit B.

      3.    Because the Plaintiff is not directly challenging the validity of an order of a United States agency or officer thereof, he is not required to comply with Rule 4(i)(1)(C). However, Plaintiff served the Chief Counsel's Office of the United States Secret Service, and the General Counsel's Office of the United States Capitol Police (the agencies against whom allegations are being made) with copies of the Summons and Complaint on December 21, 2006. Copies of the Affidavits of Service are attached as Exhibit C.

-3-

Therefore, Plaintiff provides this notice to the Court that he has perfected service against the United States as of January 5, 2007.

Respectfully submitted,

/s/ Jennafer B. Neufeld

Dated: January 11, 2007

Jennafer B. Neufeld (Bar No. 489233)
David F. Williams (Bar No. 298380)
Keith R. Wesolowski (Bar No. 494415)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW
Washington, DC  20004
Tel:  202 862 2200
Fax:  202 862 2400

*Counsel for Plaintiff David Olabayo Olaniyi*

**EXHIBIT A**

Case 1:06-cv-02165-RBW    Document 5-2    Filed 01/11/2007    Page 1 of 3

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID OLABAYO OLANIYI

SUMMONS IN A CIVIL CASE

V.

UNITED STATES OF AMERICA

CASE NUMBER   1:06CV02165

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 12/20/2006

JURY ACTION

TO: (Name and address of Defendant)

Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Serve: U.S. Attorney for the District of Columbia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David F. Williams, Esq.
Jennafer B. Neufeld, Esq.
Keith R. Wesolowski, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            DEC 2 0 2006

CLERK                                  DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Olabayo Olaniyi

vs.

United States of America

No. 1:06CV02165 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Complaint, Initial Electronic Case Filing Order, Motion To Consolidated Olaniyi vs. District of Columbia, et al. with Olaniyi vs. The United States of America; Points and Authorities in Support of Plaintiff's Motion for Consolidation; Order; Motion for Leave to Commence Discovery; and Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:00 pm on January 4, 2007, I served United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakisha Carroll, General Counsel, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     35
HEIGHT-  5'5"
HAIR-    BLACK
WEIGHT-  140
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-5-07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181948

**EXHIBIT B**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID OLABAYO OLANIYI

SUMMONS IN A CIVIL CASE

V.

UNITED STATES OF AMERICA

CASE NUMBER 1:06CV02165

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 12/20/2006

JURY ACTION

TO: (Name and address of Defendant)

Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David F. Williams, Esq.
Jennafer B. Neufeld, Esq.
Keith R. Wesolowski, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 20 2006
CLERK                               DATE

_Janitta Stewart-Cureton_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Olabayo Olaniyi

vs.

The United States of America

No. 1:06CV02165 RBW

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:45 pm on December 21, 2006, I served The United States of America c/o Honorable Alberto Gonzales, United States Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Raymond McDowell, Mailroom Clerk, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    35
HEIGHT-    5'1"
  HAIR-    BLACK
WEIGHT-    130
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 12/22/06
            Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181416

**EXHIBIT C**

Case 1:06-cv-02165-RBW   Document 5-4   Filed 01/11/2007   Page 1 of 5

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID OLABAYO OLANIYI

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER 1:06CV02165

JUDGE: Reggie B. Walton

DECK TYPE: General

DATE STAMP: 12/20/2006

TO: (Name and address of Defendant)

Chief Counsel's Office
United States Secret Service
950 H Street, N.W., Suite 8300
Washington, D.C. 20223

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David F. Williams, Esq.
Jennafer B. Neufeld, Esq.
Keith R. Wesolowski, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_(signature)_
(By) DEPUTY CLERK

DEC 20 2006
DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Olabayo Olaniyi

vs.

The United States of America

No. 1:06CV02165 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:00 pm on December 21, 2006, I served The United States of America c/o Chief Counsel's Office of United States Secret Service at 950 H Street, NW, Suite 8300, Washington, DC 20223 by serving Mike Mehenen, General Counsel, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     32
HEIGHT-  5'11"
HAIR-    BLACK
WEIGHT-  185
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 12/22/06
            Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181417

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAVID OLABAYO OLANIYI

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER 1:06CV02165

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 12/20/2006

TO: (Name and address of Defendant)

General Counsel's Office
United States Capitol Police
499 South Capitol Street
Washington, D.C. 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David F. Williams, Esq.
Jennefer B. Neufeld, Esq.
Keith R. Wesolowski, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     DEC 20 2006
CLERK     DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Olabayo Olaniyi

vs.

The United States of America

No. 1:06CV02165 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:20 pm on December 21, 2006, I served The United States of America c/o General Counsel's Office of United States Capitol Police at 499 South Capitol Street, SE, Washington, DC 20003 by serving Cecelia Barrious, General Counsel, authorized to accept. Described herein:

    SEX- FEMALE
    AGE- 38
  HEIGHT- 5'6"
    HAIR- BROWN
 WEIGHT- 140
   RACE- WHITE

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  12/22/06
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181418