UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-02165(RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel of record for the defendant United States of America in the above captioned matter.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Office of the United States Attorney for the
 District of Columbia, Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Appearance was made by the Court's Electronic Case Filing System this 25th day of January, 2007 to:

    David Finley Williams
    Keith Wesolowski
    Jennafer P. Neufeld
    Cadwalader, Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, DC 20004

    /s/ Beverly M. Russell
    _____
    BEVERLY M. RUSSELL
    Assistant United States Attorney