UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI,  )<br>  )<br>    Plaintiff  )<br>  )<br>    v.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>    Defendant.  )<br>_____ ) | Civil Action No. 06-02165(RBW) |

**DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT AND TO RESPOND TO
PLAINTIFF'S MOTION FOR LEAVE TO COMMENCE DISCOVERY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, United States respectfully moves for an enlargement of time up to and including March 23, 2007 to answer, move or otherwise respond to plaintiff's Complaint and to respond to Plaintiff's Motion for Leave to Commence Discovery which was filed prior to the current due date for defendant's answer, i.e., today, Monday, March 5, 2007.  No previous enlargements have been sought by or granted to the United States for these purposes.  Pursuant to Local Rule 7(m), the undersigned counsel contacted plaintiff's counsel on Wednesday, February 28, 2007 regarding the enlargement of time to answer and was informed, on Thursday, March 1, 2007, that plaintiff does not oppose this motion.[1]  In support of the motion, defendant states the following.

---

[1] Plaintiff has filed a motion to consolidate this case with Civil Action No. 05-00455(RBW).  Defendant United States does not oppose that motion. Although the United States' motion for an enlargement is timely pursuant to Fed. R. Civ. P. 6(b)(1) but is not being filed within the time frame set by the Court in its General Order and Guideline for Civil Cases, the requested enlargement  herein is consistent with that sought by the individually-named federal defendants in Civil Action No. 05-0455(RBW) which was filed within the time frame consistent with the Court's General Order. Defendant submits that having a common response date applicable to all defendants in both civil actions will promote judicial efficiency.

Defendant seeks the enlargement due to the significant work-related demands on its counsel.  For example, defendant's counsel was in depositions on three of the four business days during the week of February 19, 2007 in the case, Schroer v. Billington, Civil Action No. 05-1090(JR).  During that same week, defendant's counsel had to address discovery-related matters in the case, Fletcher v. United States Parole Commission, Civil Action No. 01-0601(JDB) which culminated in a letter to plaintiff's counsel in that case regarding plaintiff's response to defendant's discovery.  Last week, defendant's counsel had to address discovery-related matters in the Schroer case, as well as in the cases, Adair v. Chao, Civil Action No. 04-1469(EGS) and Moncada v. Peters, Civil Action No. 05-00470(PLF).  On Friday, March 3, 2007, defendant's counsel filed a Motion for Summary Affirmance in the case, Peter S. Herrick's Customs and International Trade Newsletter v. United States Customs and Border Protection, No. 06-5427(D.C. Cir.).

Accordingly, for reasons stated herein, defendant moves for an enlargement of time up to and including March 23, 2007 to answer, move or otherwise respond to plaintiff's Complaint.  Because defendant anticipates filing a dispositive motion instead of an answer as its response, defendant anticipates moving for a stay of discovery until after disposition on its motion.  Accordingly, defendant herein is also seeking an enlargement of time by which it must respond to plaintiff's Motion to Commence Discovery to March 23, 2007.[2]

A proposed Order consistent with the relief requested herein accompanies this motion.

---

[2]Today, March 5, 2007, defendant's counsel contacted plaintiff's counsel regarding the enlargement of time to respond to plaintiff's motion to commence discovery.  At the time of this filing, defendant's counsel has not heard from plaintiff's counsel regarding plaintiff's position as related to this aspect of defendant's motion.  Accordingly, defendant is unable to present plaintiff's position on this matter.

Date: March 5, 2007          Respectfully Submitted,

/s/ Jeffrey A. Taylor /dvh

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dvh

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the *Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and to Respond to Plaintiff's Motion for Leave to Commence Discovery and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this <u>5th</u> day of March, 2007 to:

> David Finley Williams
> Jennafer P. Neufeld
> Cadwalader, Wickersham & Taft LLP
> 1201 F Street, N.W.
> Washington, DC 20004
>
> Melvin W. Bolden, Jr.
> Office of the Attorney General for the
>  District of Columbia
> 441 4th Street, N.W.
> Washington, D.C.  20001

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI,            )<br>                                                              )<br>            Plaintiff                              )<br>                                                              )<br>    v.                                                    )          Civil Action No. 05-00455(RBW)<br>                                                              )<br>DISTRICT OF COLUMBIA, et al.,   )<br>                                                              )<br>            Defendants.                         )<br>_____ ) | |

ORDER

UPON CONSIDERATION of the *Federal Defendants' Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Second Amended Complaint and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that the federal defendants' motion should be and is hereby granted, and thus, the federal defendants shall have up to and including March 23, 2007, to respond to plaintiff's Second Amended Complaint.

SO ORDERED.

_____          _____
DATE                                              UNITED STATES DISTRICT COURT JUDGE

Copies to:

| | |
|---|---|
| Counsel for Plaintiff | David F. Williams/<br>Keith Wesolowski/<br>Jennafer P. Neufeld<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, D.C.  20004 |
| Counsel for District of<br> Columbia | Melvin W. Bolden, Jr.<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, D.C.  20001 |
| Counsel for Federal<br>Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C.  20530 |