UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-02165(RBW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S NOTICE OF FILING PROPOSED ORDER
TO SUPPORT "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S
COMPLAINT AND TO RESPOND TO PLAINTIFF'S MOTION FOR
LEAVE TO COMMENCE DISCOVERY"**

Today, March 5, 2007, Defendant United States filed a Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and to Respond to Plaintiff's Motion for Leave to Commence Discovery. Defendant inadvertently filed the wrong proposed Order with that Motion. The correct Order is attached hereto.

Date: March 5, 2007

Respectfully Submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the *Defendant's Notice of Filing Proposed Order to Support "Defendant's Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and to Respond to Plaintiff's Motion for Leave to Commence Discovery"* was made by the Court's Electronic Case Filing System this 5th day of March, 2007 to:

>David Finley Williams
>Jennafer P. Neufeld
>Cadwalader, Wickersham & Taft LLP
>1201 F Street, N.W.
>Washington, DC 20004
>
>Melvin W. Bolden, Jr.
>Office of the Attorney General for the
> District of Columbia
>441 4th Street, N.W.
>Washington, D.C.  20001

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-02165(RBW) |

ORDER

UPON CONSIDERATION of the *Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and to Respond to Plaintiff's Motion for Leave to Commence Discovery and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that the defendant's motion should be and is hereby granted, and thus, defendant shall have up to and including March 23, 2007, to respond to plaintiff's Complaint.

SO ORDERED.

_____    _____
DATE                                              UNITED STATES DISTRICT COURT JUDGE

Copies to:

Counsel for Plaintiff        David F. Williams/
                             Keith Wesolowski/
                             Jennafer P. Neufeld
                             Cadwalader, Wickersham & Taft LLP
                             1201 F Street, N.W., Suite 1100
                             Washington, D.C.  20004

Counsel for District of      Melvin W. Bolden, Jr.
 Columbia                    Office of Corporation Counsel
                             441 4th Street, N.W.
                             Washington, D.C.  20001

Counsel for Federal          Beverly M. Russell
Defendants                   U.S. Attorney's Office for the District of Columbia
                             555 Fourth Street, N.W., Suite E-4915
                             Washington, D.C.  20530