UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-455 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA, <u>et. al.</u>, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2165 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Court's oral orders issued at the status conference on March 12, 2007, it is hereby

**ORDERED** that the plaintiff's unopposed Motion to Consolidate Cases is GRANTED. <u>Olaniyi v. District of Columbia, et al.</u>, Civ. No. 05-455 ("the 2005 action"), and <u>Olaniyi v. United States of America</u>, Civ. No. 06-2165 ("the 2006 action"), are hereby consolidated. The 2005 action shall be considered the lead case in this matter, and all filings relating to the plaintiff's claims shall henceforth be submitted therein. It is further

1

**ORDERED** that the federal defendants' motion for an extension of time to respond to the plaintiff's second amended complaint in the 2005 action is GRANTED. The federal defendants shall respond to the plaintiff's second amended complaint by March 23, 2007. It is further

**ORDERED** that the government's motion for an extension of time to respond to (1) the plaintiff's complaint and (2) the plaintiff's motion for leave to commence discovery in the 2006 action is GRANTED. The government shall respond to the complaint and to the plaintiff's motion by March 23, 2007. It is further

**ORDERED** that a status conference in this matter shall be held on March 21, 2007, at 10:15 a.m., at which time the plaintiff shall represent whether he intends to continue to attempt to effect service upon the defendant who have not yet been served.

**SO ORDERED** this 13th day of March, 2007.


                                        REGGIE B. WALTON
                                        United States District Court Judge