UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-455 (RBW) |
| DISTRICT OF COLUMBIA, <u>et. al.</u>, | ) | |
| Defendants. | ) | |
| DAVID OLABAYO OLANIYI, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-2165 (RBW) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Court's oral orders issued at the status conference on March 21, 2007, it is hereby

**ORDERED** that the federal defendants shall respond to the plaintiff's second amended complaint in Civil Action No. 05-455 and the plaintiff's complaint in Civil Action No. 06-2165, these matters having been consolidated, by March 30, 2007. In addition, the Court notes that neither the District of Columbia nor any of the named individual defendants purportedly

1

employed by the District of Columbia have responded to the plaintiff's second amended complaint in Civil Action No. 05-455. They also shall do so by March 30, 2007. It is further

**ORDERED** that if the defendants file one or more dispositive motions in response to the plaintiff's complaints, opposition to these motions shall be filed by April 27, 2007, and replies, if any, shall be filed by May 11, 2007. It is further

**ORDERED** that a status conference in this matter shall be held on June 1, 2007, at 9:15 a.m. It is further

**ORDERED** that discovery in these consolidated proceedings shall be stayed until the June 1, 2007 status conference.

**SO ORDERED** this 21st day of March, 2007.

REGGIE B. WALTON
United States District Court Judge