```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____

DAVID OLABAYO OLANIYI,            )
                                  )
                                  )
    Plaintiff,                    )
                                  )
        v.                        )   Case Number:05cv00455(RBW)
                                  )
DISTRICT OF COLUMBIA, et al.      )
                                  )
    Defendants.                   )
_____

### MOTION OF THE DISTRICT OF COLUMBIA TO ENLARGE THE TIME TO FILE A PLEADING IN RESPONSE TO THE SECOND AMENDED COMPLAINT

The District of Columbia, by and through counsel, respectfully moves for an enlargement of time in which to answer, move or otherwise respond to plaintiff's second amended complaint. A responsive pleading is due on March 30, 200, 2007. The District of Columbia requests an extension of time up to and including April 13, 2007.  The Federal defendants consent to the motion and plaintiff does not consent.

    The grounds for the motion are stated in the attached memorandum of points and authorities.

    Wherefore, the   District of Columbia respectfully requests that the date to answer, move or otherwise respond to plaintiff's second amended complaint be extended up to and including April 13, 2007.

                                Respectfully submitted,

                                LINDA SINGER
                                Acting Attorney General for the
                                District of Columbia

                                George C. Valentine
                                Deputy Attorney General
                                Civil Litigation Division

                                /s/
                                _____
                                Kimberly C. Johnson (#435163)
                                Section Chief, General Litigation Section I

/s/
_____
Melvin W. Bolden, Jr. (#192179)
Assistant Attorney General
441 Fourth St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DAVID OLABAYO OLANIYI,            )
                                  )
                                  )
    Plaintiff,                    )
                                  )
        vi.                       )    Case Number:05cv00455(RBW)
                                  )
DISTRICT OF COLUMBIA, et al.      )
                                  )
    Defendants.                   )
_____

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO ENLARGE THE TIME TO FILE A PLEADING
IN RESPONSE TO THE SECOND AMENDED COMPLAINT

The District of Columbia defendant, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rules 6(b) to enlarge the time in which to answer, move or otherwise respond to plaintiff's complaint. A responsive pleading is due on March 30, 2007. The District of Columbia requests an extension of time up to and including April 13, 2007. Plaintiff, through counsel, does not consent. The Federal defendants consent to the enlargement of time.

The grounds for the motion are that the counsel for the District of Columbia will be out of the office on personal leave the week of March 26, 2007 through April 2, 2007. Upon counsel's return the District of Columbia defendant intends to file a dispositive motion in this case. Thus, time will be needed to research and draft an appropriate motion.

Wherefore, the District of Columbia defendant respectfully requests that the date to answer, move or otherwise respond to plaintiff's complaint be extended up to and including April 13, 2007..

           Respectfully submitted,

           LINDA FISHER
           Acting Attorney General for the
           District of Columbia

           George C. Valentine
           Deputy Attorney General
           Civil Litigation Division

/s/

                                                                   _____
Kimberly M. Johnson (#435163)
Section Chief, General Litigation Section I

 /s/

_____
Melvin W. Bolden, Jr. (#192179)
Senior Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-5695
Attorneys for Defendants

Case 1:06-cv-02165-RBW   Document 11   Filed 03/26/2007   Page 4 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
DAVID OLABAYO OLANIYI,

    Plaintiff,                     )

       vii.                        ) Case Number:05cv00455(RBW)

DISTRICT OF COLUMBIA, et al.    )

    Defendants.                    )
_____

### ORDER

Upon consideration of the Motion of the District of Columbia to Enlarge the Time to File a Pleading in Response to the Second Amended Complaint, plaintiff's response thereto, and the record herein, it is by the Court, this _____ day of March, 2007,

ORDERED: that the Motion of the District of Columbia to Enlarge the Time to File a Pleading in Response to the Complaint be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the District of Columbia shall have up to and including April 13, 2007 to answer, move or otherwise respond to plaintiff's second amended complaint.

_____
REGGIE B. WALTON
United States District Judge