UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-00455(RBW) |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THE FEDERAL DEFENDANTS' FIRST MOTION FOR AN ENLARGEMENT OF TIME TO FILE THEIR REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the federal defendants[1], respectfully move for an enlargement of time up to and including May 23, 2007 to file their reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for Summary Judgment. The current deadline is Friday, May 11, 2007. No previous enlargements have been sought by or granted to the federal defendants for this purpose. Pursuant to Local Rule 7(m), the undersigned counsel

---

[1] The Federal Defendants are Jordan Blieden, Charlie V. Boswell, Donald Bracci, Tyrone D. Brooks, Rose B. Cabezes, Mark Crawford, Joseph DePalma, John T. Dineen, Gregory W. Guthrie, Noe J. Gutierez, Elaine A. Hinkle, Shawn K. Huycke, John E. King, Danny Malloy, Danny L. McElroy, Robert B. Meikrantz, Preston Nutwell and John Salb, Ryan S. Schauf, John Shark, Kathleen Talbot, Mary Ann P. Turner, and Gilman Udell, Jr., former or current officers with the United States Capitol Police and Giulio J. Arseni, Jennifer Cejpeck, Sandra I. Chinchilla, Mary B. Collins-Morton, Douglas Edmonson, Kevin D. Finnerty, John Gardner, Jr., Paul A. Garten, Chris A. Ginsburg, Melissa R. Godbold, Ronald E. Menold, II, Michelle Rankin, Kara D. Sidener, and Gerhard S. Vienna, former and current Special Agents with the Federal Bureau of Investigation.

contacted plaintiff's counsel today, Wednesday, May 9, 2007, and was informed that plaintiff opposes the motion.² Notwithstanding what plaintiff characterizes as vigorous opposition to the motion, good cause exists for granting the motion as explained below.

Plaintiff filed his opposition memorandum on April 27, 2007. However, the federal defendants' counsel was on leave from April 30, 2007 to May 8, 2007, just returning to the office today, May 9, 2007. Immediately upon her return, the undersigned counsel had to address procedural matters in the cases, <u>Schroer .v Billington</u>, Civil Action No. 05-1090(JR) and <u>Humane Society of the United States v. Johanns</u>, Civil Action No. 06-0265(CKK), as well as discovery-related issues in the case, <u>Webb v. United States</u>, Civil Action No. 05-0427(RJL).

Given multiple work-related demands significantly compounded by a (much needed) week's absence from work, the federal defendants' counsel will not be able to complete the reply in this matter in sufficient time for agency and supervisory review, and filing with the Court by the current deadline. Indeed, the FBI has expressly requested that the undersigned counsel move for an enlargement so that the agency will have sufficient time to provide input for and review of the reply memorandum.

Although plaintiff asserts that he will be prejudiced by the granting of the enlargement, his requested relief is monetary in nature and his right to such is, at best, speculative at this point. More importantly, the federal defendants are being sued in their individual capacity, and thus, ensuring a comprehensive reply that could feasibly dispose of this case in entirety as against

---

²Although the federal defendants' motion for an enlargement of time is timely pursuant to Fed. R. Civ. P. 6(b)(1), because the federal defendants' undersigned counsel was on leave from April 30, 2007 to May 8, 2007, the motion is not being filed within the time frame set by the Court in its General Order and Guideline for Civil Cases. However, the undersigned counsel is filing the motion on behalf of the federal defendants upon her return to the office today, May 9, 2007.

them would not only expeditiously negate the possibility of financial hardship and the burdens of litigation (e.g., discovery-related demands) but would also serve judicial economy.

Accordingly, for reasons stated herein, the federal defendants move for an enlargement of time up to and including May 23, 2007 to file their reply memorandum. A proposed Order consistent with the relief requested herein accompanies this motion.

Date: May 9, 2007                Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *The Federal Defendants' First Motion for an Enlargement of Time to File Their Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for Summary Judgment, and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this 9th day of May, 2007 to:

>David Finley Williams
>Keith Wesolowski
>Jennafer P. Neufeld
>Cadwalader, Wickersham & Taft LLP
>1201 F Street, N.W.
>Washington, DC 20004
>
>Melvin W. Bolden, Jr.
>Office of the Attorney General for the
>  District of Columbia
>441 4th Street, N.W.
>Washington, D.C. 20001

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA, et al.,　 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　)<br>_____　) | Civil Action No. 05-00455(RBW) |

ORDER

UPON CONSIDERATION of *The Federal Defendants' First Motion for an Enlargement of Time to File Their Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for Summary Judgment, and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that the federal defendants' motion should be and is hereby granted, and thus, the federal defendants shall have up to and including May 23, 2007 to file their reply.

SO ORDERED.


_____　　　　　_____
DATE　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff　　　David F. Williams/
　　　　　　　　　　　　Keith Wesolowski/
　　　　　　　　　　　　Jennafer P. Neufeld
　　　　　　　　　　　　Cadwalader, Wickersham & Taft LLP
　　　　　　　　　　　　1201 F Street, N.W., Suite 1100
　　　　　　　　　　　　Washington, D.C.  20004

2

| | |
|---|---|
| Counsel for District of Columbia | Melvin W. Bolden, Jr.<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, D.C.  20001 |
| Counsel for Federal Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C.  20530 |

2