UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-00455(RBW) |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THE FEDERAL DEFENDANTS' SECOND
MOTION FOR AN ENLARGEMENT OF TIME
TO FILE THEIR REPLY TO PLAINTIFF'S MEMORANDUM IN
OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT,
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the federal defendants[1], respectfully move for an enlargement of time up to and including May 25, 2007 to file their reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for Summary Judgment. The current deadline is today, May 23, 2007. One previous enlargement has been granted to the federal

---

[1] The Federal Defendants are Jordan Blieden, Charlie V. Boswell, Donald Bracci, Tyrone D. Brooks, Rose B. Cabezes, Mark Crawford, Joseph DePalma, John T. Dineen, Gregory W. Guthrie, Noe J. Gutierez, Elaine A. Hinkle, Shawn K. Huycke, John E. King, Danny Malloy, Danny L. McElroy, Robert B. Meikrantz, Preston Nutwell and John Salb, Ryan S. Schauf, John Shark, Kathleen Talbot, Mary Ann P. Turner, and Gilman Udell, Jr., former or current officers with the United States Capitol Police and Giulio J. Arseni, Jennifer Cejpeck, Sandra I. Chinchilla, Mary B. Collins-Morton, Douglas Edmonson, Kevin D. Finnerty, John Gardner, Jr., Paul A. Garten, Chris A. Ginsburg, Melissa R. Godbold, Ronald E. Menold, II, Michelle Rankin, Kara D. Sidener, and Gerhard S. Vienna, former and current Special Agents with the Federal Bureau of Investigation.

defendants for this purpose.[2]  Pursuant to Local Rule 7(m), the undersigned counsel contacted plaintiff's counsel today, Wednesday, May 23, 2007, and was informed that plaintiff opposes the relief requested herein.  In support of the motion, the federal defendants state the following.

The federal defendants' counsel assigned this matter anticipates completing the reply memorandum today, May 23, but not in sufficient time for agency and supervisory review.  Accordingly, for this reason, the federal defendants are seeking a brief, two day enlargement to file their reply memorandum.  A proposed Order consistent with the relief requested herein accompanies this motion.

Date: May 23, 2007

                                      Respectfully Submitted,

                                      /s/ Jeffrey A. Taylor /rcl
                                      _____
                                      JEFFREY A. TAYLOR, D.C. BAR #498610
                                      United States Attorney

                                      /s/ Rudolph Contreras /rcl
                                      _____
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

---

[2]Although the federal defendants' motion for an enlargement of time is timely pursuant to Fed. R. Civ. P. 6(b)(1), because the federal defendants' undersigned counsel anticipated filing the reply memorandum today, May 23, 2007, the motion is not being filed within the time frame set by the Court in its General Order and Guideline for Civil Cases.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *The Federal Defendants' Second Motion for an Enlargement of Time to File Their Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for Summary Judgment, and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this 23rd day of May, 2007 to:

    David Finley Williams
    Keith Wesolowski
    Jennafer P. Neufeld
    Cadwalader, Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, DC 20004

    Melvin W. Bolden, Jr.
    Office of the Attorney General for the
     District of Columbia
    441 4th Street, N.W.
    Washington, D.C. 20001

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI,       )<br>                              )<br>        Plaintiff              )<br>                              )<br>    v.                        )<br>                              )<br>DISTRICT OF COLUMBIA, et al., )<br>                              )<br>        Defendants.           )<br>_____) | Civil Action No. 05-00455(RBW) |

ORDER

UPON CONSIDERATION of *The Federal Defendants' Second Motion for an Enlargement of Time to File Their Reply to Plaintiff's Memorandum in Opposition to Federal Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for Summary Judgment, and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that the federal defendants' motion should be and is hereby granted, and thus, the federal defendants shall have up to and including May 25, 2007 to file their reply.

SO ORDERED.

_____           _____
DATE                             UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff       David F. Williams/
                            Keith Wesolowski/
                            Jennafer P. Neufeld
                            Cadwalader, Wickersham & Taft LLP
                            1201 F Street, N.W., Suite 1100
                            Washington, D.C.  20004

2

| | |
|---|---|
| Counsel for District of Columbia | Melvin W. Bolden, Jr.<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, D.C. 20001 |
| Counsel for Federal Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C. 20530 |