**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**DAVID OLABAYO OLANIYI,**

                                        Plaintiff,

                -against-

**DISTRICT OF COLUMBIA, et al.,**

                                        Defendants.

---

Civil Action No. 05-00455
(RBW)

**PLAINTIFF'S OPPOSITION TO THE FEDERAL DEFENDANTS' MOTION FOR AN**
**ADDITIONAL ENLARGEMENT OF TIME**

         COMES NOW, Plaintiff David Olabayo Olaniyi ("Olaniyi"), by and through his

undersigned attorneys, and respectfully opposes The Federal Defendants' Second Motion for An

Enlargement of Time to File Their Reply to Plaintiff's Memorandum in Opposition to Federal

Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for

Summary Judgment, and Memorandum in Support Thereof.  In the interest of justice, Olaniyi

respectfully suggests that further extensions of the Court's briefing schedule are unwarranted and

prejudice Olaniyi by delaying the resolution of this matter.  In support of his Opposition, Olaniyi

states as follows:

         1.        Olaniyi filed his Second Amended Complaint on October 31, 2006.

         2.        As Olaniyi stated in his October 31, 2006 Notice of Filing, which he

served on counsel for the Federal Defendants with a copy of Olaniyi's Second Amended

Complaint, the claims made by Olaniyi against the Federal Defendants in his Second Amended

Complaint are substantively identical to the claims made by Olaniyi against the Federal

Defendants in Olaniyi's First Amended Complaint. The Second Amended Complaint simply identified the John Doe defendants.

3.      By Order dated November 10, 2006, the Court provided that the Defendants shall answer or otherwise respond to Olaniyi's Second Amended Complaint by December 31, 2006. The Federal Defendants sought several extensions of the December 31, 2006 deadline.

4.      At a Status Conference held on March 21, 2007, the Court set a deadline for the Federal Defendants to file an Answer or dispositive motion respecting Olaniyi's Second Amended Complaint and established a briefing schedule in the event of any motion being filed. The Court set a deadline of March 30, 2007 for the Federal Defendants to file an Answer or motion. Olaniyi's Opposition to any motion was due on April 27, 2007. The Federal Defendants' Reply in further support of a motion was originally due on May 11, 2007.

5.      Under the original briefing schedule the Court, in its generosity, provided the Federal Defendants with 14 days to submit a Reply to Olaniyi's Opposition, substantially longer than the 5 business days typically provided for Reply briefs under the Court's Local Rule 7(d).

6.      As noted by Olaniyi in his Opposition Brief, the Federal Defendants' assertion of qualified immunity in their Motion to Dismiss is identical to the issue raised, and decided by the Court, over a year ago. Yet Counsel for the Federal Defendants, having squandered their original 14 days and exhausted an additional 12 days, now has the temerity to request 2 more days to file a reply, even though no novel issues exist. Olaniyi believes that time already provided to the Federal Defendants, indeed, 26 days, is more than adequate to respond to Olaniyi's Opposition Brief.

7.      The Federal Defendants' argument that "the FBI has expressly requested that [Counsel] move for an enlargement of time so that the agency will have sufficient time to provide input for and review of the reply memorandum" is unavailing.  First Motion Mem. at 2; see also Second Motion Mem. at 2 (requesting additional time for agency review).  The Federal Defendants have not demonstrated, and cannot demonstrate, why such review could not be completed within the 26 days available to them.

8.      In short, the Federal Defendants' request for an extension is nothing more than an attempt to further delay Olaniyi's access to meaningful discovery, trial, and justice in this action.  Indeed, even a cursory review of the docket in this case reveals at least 16 requests for extensions of time sought by counsel for the Federal Defendants.  Five of these requests concerned Federal Defendants' initial response to the Second Amended Complaint alone. Olaniyi respectfully suggests that if the United States is not willing to provide sufficient attorney resources to defend this case, then the government should conserve the Court's, and Olaniyi's, resources by offering an appropriate settlement.

9.      Olaniyi's Second Amended Complaint has been before the Court for nearly seven months.  Federal Defendants have now filed six motions seeking an extension of time to respond to this Complaint or to file their reply.  For over two years, Olaniyi waited patiently for justice; however, as Olaniyi made clear in a prior filing, he will no longer consent to any further extensions.  The time for justice to be served has come.

WHEREFORE, Plaintiff requests this Court to deny the Federal Defendants' Second Motion for an Enlargement of Time to Reply to Plaintiff's Opposition in Response to Federal Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment.


Dated:  May 23, 2007

Respectfully submitted,

/s/ Keith R. Wesolowski

_____
David F. Williams (Bar No. 298380)
Jennafer B. Neufeld (Bar No. 489233)
Keith R. Wesolowski (Bar No. 494415)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F. Street, NW
Washington, DC  20004
Tel:  202 862 2400
Fax:  202 862 2200

*Counsel for Plaintiff David Olabayo Olaniyi*

CERTIFICATE OF SERVICE

I certify that on May 23, 2007, a copy of the foregoing was served on the following by the Court's Electronic Filing System:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, D.C. 20530

Melvin W. Bolden, Jr.
Senior Assistant Attorney General
  for the District of Columbia
Office of the Attorney General
441 Fourth St., N.W., Sixth Floor South
Washington, D.C. 20001

/s/ Keith R. Wesolowski
_____
Keith R. Wesolowski
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW
Washington, DC 20004
Tel: 202 862 2200
Fax: 202 862 2400