UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-00455(RBW) |

**THE FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR REPLY
IN EXCESS OF THE PAGE LIMITATION PRESCRIBED BY LOCAL RULE 7(e)
AND MEMORANDUM IN SUPPORT THEREOF**

The Federal Defendants[1], by and through their undersigned attorney, respectfully move this Court for leave to file, *nunc pro tunc*, their "*Reply to Plaintiff's Memorandum in Opposition to the Federal Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, for Summary Judgment*" which exceeds the page limitation prescribed by Local Rule 7(e).[2]  Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel

---

[1] The Federal Defendants are Jordan Blieden, Charlie V. Boswell, Donald Bracci, Tyrone D. Brooks, Rose B. Cabezes, Mark Crawford, Joseph DePalma, John T. Dineen, Gregory W. Guthrie, Noe J. Gutierez, Elaine A. Hinkle, Shawn K. Huycke, John E. King, Danny Malloy, Danny L. McElroy, Robert B. Meikrantz, Preston Nutwell and John Salb, Ryan S. Schauf, John Shark, Kathleen Talbot, Mary Ann P. Turner, and Gilman Udell, Jr., former or current officers with the United States Capitol Police and Giulio J. Arseni, Jennifer Cejpeck, Sandra I. Chinchilla, Mary B. Collins-Morton, Douglas Edmonson, Kevin D. Finnerty, John Gardner, Jr., Paul A. Garten, Chris A. Ginsburg, Melissa R. Godbold, Ronald E. Menold, II, Michelle Rankin, Kara D. Sidener, and Gerhard S. Vienna, former and current Special Agents with the Federal Bureau of Investigation.

[2] Local Civil Rule 7(e) prescribes that the page limitation on replies shall not exceed 25 pages without permission of this Court.  L.Civ.R. 7(e).  Defendant's Reply, filed on Friday, May 25, 2007, is 31 pages.

about this Motion and was informed that Plaintiff opposes the relief requested herein. In support of this motion, the Federal Defendants state the following.

This case involves numerous Federal Defendants and multiple arguments requiring extensive explication to ensure a comprehensive reply memorandum on behalf of the Federal Defendants all sued in their personal capacities. The Federal Defendants also believe that the Court will benefit from the comprehensiveness of the Reply in deciding the Federal Defendants' pending motion. Accordingly, for the reasons stated herein, the Federal Defendants respectfully request that the Court grant this Motion.

Date: May 29, 2007

                              Respectfully Submitted,

                              /s/ Jeffrey A. Taylor /bmr
                              _____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

                              /s/ Rudolph Contreras /bmr
                              _____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

                              /s/ Beverly M. Russell
                              _____
                              BEVERLY M. RUSSELL, D.C. Bar #454257
                              Assistant United States Attorney
                              U.S. Attorney's Office for the District of Columbia,
                               Civil Division
                              555 4th Street, N.W., Rm. E-4915
                              Washington, D.C. 20530
                              Ph:  (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *The Federal Defendants' Motion for Leave to File Their Reply in Excess of the Page Limitation Prescribed by Local Rule 7(e) and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this 29th day of May, 2007 to:

    David Finley Williams
    Keith Wesolowski
    Jennafer P. Neufeld
    Cadwalader, Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, DC 20004

    Melvin W. Bolden, Jr.
    Office of the Attorney General for the
     District of Columbia
    441 4th Street, N.W.
    Washington, D.C. 20001

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI,        )<br>                                                               )<br>          Plaintiff                             )<br>                                                               )<br>          v.                                         )<br>                                                               )<br>DISTRICT OF COLUMBIA, et al.  )<br>                                                               )<br>          Defendant.                         )<br>_____)    | Civil Action No. 05-00455(RBW) |

ORDER

UPON CONSIDERATION of *The Federal Defendants' Motion for Leave to File Their Reply in Excess of the Page Limitation Prescribed by Local Rule 7(e) and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that the Federal Defendants' motion should be and is hereby granted, and thus, their Reply memorandum shall be maintained on the docket of this Court;

SO ORDERED.

_____     _____
DATE                                          UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff             David F. Williams/
                                              Keith Wesolowski/
                                              Jennafer P. Neufeld
                                              Cadwalader, Wickersham & Taft LLP
                                              1201 F Street, N.W., Suite 1100
                                              Washington, D.C.  20004

Counsel for District of        Melvin W. Bolden, Jr.
 Columbia                          Office of Corporation Counsel
                                              441 4th Street, N.W.
                                              Washington, D.C.  20001

| | |
|---|---|
| Counsel for Federal Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C. 20530 |