UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID OLABAYO OLANIYI**,<br><br>                     Plaintiff,<br><br>-against-<br><br>**DISTRICT OF COLUMBIA, ET AL.**,<br><br>                     Defendants. | Civil No. 05-455 (RBW) |

**PLAINTIFF'S NOTICE OF SERVICE AS TO DEFENDANTS GWENDOLYN GIBSON AND DARIUS MILLS**

       COMES NOW the Plaintiff, David Olabayo Olaniyi, ("Olaniyi"), by and through his undersigned attorneys, and submits his Notice of Service as to Defendants Gwendolyn Gibson and Darius Mills. Olaniyi states as follows:

       1.    Olaniyi filed his Second Amended Complaint in the Action Captioned Civil No. 05-455 (RBW) on October 31, 2006, naming <u>inter</u> <u>alia</u> Gwendolyn Gibson and Darius Mills as Defendants.

       2.    Olaniyi effected personal service of the Summons and Second Amended Complaint on Defendant Gibson on November 28, 2006. An Affidavit of Service for Defendant Gibson is attached as Exhibit A.

-2-

3. Olaniyi effected personal service of the Summons and Second Amended Complaint on Defendant Mills on November 29, 2006. An Affidavit of Service for Defendant Mills is attached as Exhibit B.

Dated: May 29, 2007

Respectfully submitted:

/s/  Keith R. Wesolowski
David F. Williams (Bar No. 298386)
Jennafer B. Neufeld (Bar No. 489233)
Keith R. Wesolowski (Bar No. 494415)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, D.C. 20004
Tel:   (202) 862-2200
Fax:   (202) 862-2400

*Counsel for Plaintiff David Olabayo Olaniyi*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following defendants by the Court's Electronic Case Filing System on the date noted below:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office
   for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530

Melvin W. Bolden, Jr.
Senior Assistant Attorney General
   for the District of Columbia
Office of the Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001


Dated: May 29, 2007                                        /s/ Keith R. Wesolowski_____
                                                                       Keith R. Wesolowski

EXHIBIT A

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Olabayo Olaniyi

vs.

District of Columbia, et al.

No. 05-455 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Second Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:30 pm on November 28, 2006, I served Gwendolyn Gibson, in her individual capacity at 3355 16th Street, NW, #408, Washington, DC 20010 by serving Gwendolyn Gibson, personally. Described herein:

```
SEX-     FEMALE
AGE-     64
HEIGHT-  5'9" (IN WHEELCHAIR)
HAIR-    BLACK
WEIGHT-  175
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 11-29-06
            Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179586

# EXHIBIT B

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David Olabayo Olaniyi

vs.

District of Columbia, et al.

No. 05-455 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons and Second Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:30 am on November 29, 2006, I served Darius Mills, in his individual capacity at 3212 Calydon Court, Fort Washington, Maryland 20744 by serving Darius Mills, personally. Described herein:

```
SEX-     MALE
AGE-     45
HEIGHT-  5'11"
HAIR-    GRAY
WEIGHT-  240
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-30-06
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179592