UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID OLABAYO OLANIYI**,

                Plaintiff,

-against-

**DISTRICT OF COLUMBIA, ET AL.**,

                Defendants.

Civil No. 05-455 (RBW)

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT UNDER RULE 55 AGAINST DEFENDANT GWENDOLYN GIBSON

COMES NOW the Plaintiff, David Olabayo Olaniyi ("Olaniyi"), by and through his undersigned attorneys, and moves the Court and the Clerk of Court to enter Default against Defendant Gwendolyn Gibson.

1. Olaniyi filed his Second Amended Complaint in the Action Captioned Civil No. 05-455 (RBW) on October 31, 2006, naming Gwendolyn Gibson as a Defendant.

2. On May 29, 2007, Olaniyi filed a notice of service, demonstrating that he had effected personal service of the Summons and Complaint on Defendant Gibson on November 28, 2006.

4. At a Status Conference held on March 21, 2007, the Court ordered that all Defendants move, answer, or otherwise respond to Olaniyi's Second Amended Complaint no later than March 30, 2007.

5. As of May 29, 2007, Defendant Gwendolyn Gibson has not appeared in this civil action, nor has she answered, moved, or otherwise responded to Olaniyi's Second Amended Complaint.

6. Rule 55(a) of the Federal Rules of Civil Procedure provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." Fed. R. Civ. P. 55(a).

7. An Affidavit in Support of Default by Keith R. Wesolowksi is attached hereto as Exhibit 1.

8. A Military Affidavit concerning Defendant Gibson by Keith R. Wesolowski is attached hereto as Exhibit 2.

9. A proposed order for the entry to default is attached hereto as Exhibit 3.

WHEREFORE, Olaniyi respectfully requests that the Court or the Clerk of the Court enter Default against Defendant Gwendolyn Gibson.

Dated: May 30, 2007                Respectfully submitted:

/s/ Keith R. Wesolowski
David F. Williams (Bar No. 298386)
Jennafer B. Neufeld (Bar No. 489233)
Keith R. Wesolowski (Bar No. 494415)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, D.C. 20004
Tel:   (202) 862-2200
Fax:  (202) 862-2400

*Counsel for Plaintiff David Olabayo Olaniyi*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following defendants by the Court's Electronic Case Filing System on the date noted below:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office
    for the District of Columbia
555 Fourth Street, N.W.,  Rm. E-4915
Washington, D.C. 20530

Melvin W. Bolden, Jr.
Senior Assistant Attorney General
    for the District of Columbia
Office of the Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001


Dated: May 30, 2007                                    /s/ Keith R. Wesolowski_____
                                                                   Keith R. Wesolowski

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI,<br><br>                              Plaintiff,<br><br>-against-<br><br>DISTRICT OF COLUMBIA, ET AL.,<br><br>                              Defendants. | Civil No. 05-455 (RBW) |

## AFFIDAVIT IN SUPPORT OF DEFAULT OF DEFENDANT GWENDOLYN GIBSON BY KEITH R. WESOLOWSKI

I hereby certify under penalty of perjury, this 30th day of May, 2007, that I am an attorney of record for the plaintiff in the above-entitled case and that defendant Gwendolyn Gibson was personally served on November 28, 2006.

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case, no pleading has been filed and none served upon the attorneys for the plaintiff; although an extension has been given, the time for filing has expired; and that the defendant is neither an infant nor an incompetent person.

The clerk is requested to enter a Default against said defendant.

                                        _____
                                        Keith R. Wesolowski (Bar No. 494415)
                                        CADWALADER, WICKERSHAM & TAFT LLP
                                        1201 F Street, N.W.
                                        Washington, D.C. 20004
                                        Tel:   (202) 862-2200
                                        Fax:   (202) 862-2400

                                        *Counsel for Plaintiff David Olabayo Olaniyi*

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI,<br><br>        Plaintiff,<br><br>-against-<br><br>DISTRICT OF COLUMBIA, ET AL.,<br><br>        Defendants. | Civil No. 05-455 (RBW) |

### MILITARY AFFIDAVIT CONCERNING DEFENDANT GWENDOLYN GIBSON

(Certificate in Compliance with Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

    I hereby certify under penalty of perjury, this 30th day of May, 2007, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf.

    I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health

-2-

Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a health care professional.

Dated: May 30, 2007

_____
Keith R. Wesolowski (Bar No. 494415)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, D.C. 20004
Tel:   (202) 862-2200
Fax:   (202) 862-2400

*Counsel for Plaintiff David Olabayo Olaniyi*

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID OLABAYO OLANIYI,

                Plaintiff,

-against-

DISTRICT OF COLUMBIA, ET AL.,

                Defendants.

Civil No. 05-455 (RBW)

## DEFAULT

It appearing that Gwendolyn Gibson has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the 28th day of November, 2006, an affidavit on behalf of plaintiff having been filed, it is this _____ day of _____, 2007 declared that Gwendolyn Gibson, defendant herein, is in default.

                Nancy M. Mayer-Whittington, Clerk


                By:_____
                    Deputy Clerk