UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-455 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA, <u>et. al.</u>, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2165 (RBW) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Court's oral orders issued at the status conference on June 25, 2007, it is hereby

**ORDERED** that the District of Columbia shall file any pre-discovery dispositive motions by June 26, 2007. It is further

**ORDERED** that the federal defendants shall file any pre-discovery dispositive motions by July 13, 2007. It is further

1

**ORDERED** that the plaintiff shall respond to all pre-discovery dispositive motions by August 10, 2007. Replies, if any, shall be filed by August 24, 2007. It is further

**ORDERED** that a status conference in this matter shall be held on December 7, 2007, at 9:30 a.m.

**SO ORDERED** this 25th day of June, 2007.

                                        REGGIE B. WALTON
                                      United States District Court Judge