UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID OLABAYO OLANIYI**,

           Plaintiff,

           v.

**DISTRICT OF COLUMBIA, et al.**,

           Defendants.

Civil Action No. 05-00455 (RBW)

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS BY DEFENDANT DISTRICT OF COLUMBIA AND DEFENDANT UNITED STATES**

Plaintiff David Olabayo Olaniyi ("Olaniyi"), by and through his undersigned counsel, respectfully moves for an Order enlarging the time for response to (1) Defendant District of Columbia's Motion to Dismiss, or in the Alternative, for Summary Judgment until Friday, August 17, 2007; and (2) Defendant United States' Motion to Dismiss until Friday, August 24, 2007; and to adjust the amount of time for the District of Columbia and the United States to reply accordingly. In support of this motion, Olaniyi states as follows:

**BACKGROUND**

At a Status Conference on June 25, 2007, the Court established a briefing schedule for anticipated dispositive motions by Defendant District of Columbia ("District of Columbia") and Defendant United States ("United States"). Specifically, the Court ordered that the District of Columbia file its dispositive motion by June 26, 2007 and that the United States file its dispositive motion by July 13, 2007. The Court further ordered that Olaniyi respond to these motions by August 10, 2007, and granted the District of Columbia and the United States until August 24, 2007 to file any reply.

On June 26, 2007, the District of Columbia filed a Motion to Dismiss or, in the Alternative, for Summary Judgment, arguing, *inter alia*, that Olaniyi's claims were time-barred and/or that Olaniyi's Second Amended Complaint failed to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

On July 13, 2007, the United States filed a Motion to Dismiss Olaniyi's Complaint under the Federal Torts Claims Act arguing, *inter alia*, that the Court lacks subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure and/or that Olaniy's Federal Torts Claims Act Complaint fails to state a claim against the United States.

## ARGUMENT

The motions filed by the District of Columbia and the United States present complex questions of constitutional law and sovereign immunity.  Moreover, due to the jurisdictional issues raised by the United States in its motion, Olaniyi believes he will require limited jurisdictional discovery before he can respond adequately to the United States' arguments.  Counsel for Olaniyi and the United States are in active discussions concerning the scope of such limited jurisdictional discovery, and expect to use this requested extension of time to come to an agreement.  When counsel for Olaniyi and the United States reach an agreement on the scope of jurisdictional discovery to be had, Olaniyi expects to file a further motion with the Court to reflect the parties' agreement.  In the event the parties are unable to reach an agreement, they will seek such relief from the Court as may be appropriate.

Given the complexity of these questions, and the other demands upon counsel, Olaniyi seeks enlargements of time to respond to the Defendants' dispositive motions.

Pursuant to Local Rule 7(m), counsel for Olaniyi has conferred with counsel for the District of Columbia, who has consented to this motion.  Pursuant to Local Rule 7(m),

counsel for Olaniyi has conferred with counsel for the United States, who has consented to this motion.

## CONCLUSION

For the foregoing reasons, Plaintiff David Olabayo Olaniyi respectfully requests that this Court grant the foregoing Consent Motion for Enlargement of Time to Respond to Motions by Defendant District of Columbia and Defendant United States.

Respectfully submitted,

/s/ Keith R. Wesolowski

Dated: August 8, 2007

David F. Williams (Bar No. 298380)
Jennafer B. Neufeld (Bar No. 489233)
Keith R. Wesolowski (Bar No. 494415)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW
Washington, DC  20004
Tel:  202 862 2200
Fax:  202 862 2400

*Counsel for Plaintiff David Olabayo Olaniyi*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID OLABAYO OLANIYI**,

    Plaintiff,

    v.

**DISTRICT OF COLUMBIA, et al.**,

    Defendants.

Civil Action No. 05-00455 (RBW)

## ORDER

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to Respond to Motions by Defendant District of Columbia and Defendant United States, it is hereby

ORDERED, that Plaintiff's Consent Motion for Enlargement of Time to Respond to Motions by Defendant District of Columbia and Defendant United States be, and hereby is, GRANTED, and it is further,

ORDERED, that Plaintiff respond to Defendant District of Columbia's Motion to Dismiss, or in the Alternative, for Summary Judgment by August 17, 2007, and it is further,

ORDERED, that Plaintiff respond to Defendant United States' Motion to Dismiss by August 24, 2007; and it is further

ORDERED, that Defendant District of Columbia file and serve a reply to Plaintiff's response, if any, by August 31, 2007; and it is further

ORDERED, that Defendant United States file and serve a reply to Plaintiff's response, if any, by September 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that on August 8, 2007, a copy of the foregoing Consent Motion for Enlargement of Time to Respond to Motions by Defendant District of Columbia and Defendant United States, and proposed Order was served on the following by the Court's Electronic Filing System:

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, D.C. 20530

Melvin W. Bolden, Jr.
Senior Assistant Attorney General
 for the District of Columbia
Office of the Attorney General
441 Fourth St., N.W., Sixth Floor South
Washington, D.C. 20001

/s/ Keith R. Wesolowski
_____
Keith R. Wesolowski
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW
Washington, DC 20004
Tel: 202 862 2200
Fax: 202 862 2400