UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O. OLANIYI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 05-455(RBW) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO
PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION
TO DISMISS OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

Defendant, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file a reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment. A responsive pleading is due on or about September 5, 2007. The District of Columbia requests an enlargement of time of up to and including September 21, 2007. Plaintiff, through counsel, consents to the motion for enlargement.

The grounds for motion are that the undersigned counsel has devoted considerable time to this matter, however because of a number of other work related demands, counsel was unable to complete defendant's reply memorandum by the current deadline.

Wherefore, the District respectfully request that this Court expand the time to file a reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment up to and including September 21, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


Kimberly M. Johnson

_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695


CERTIFICATE OF SERVICE

    I certify that on the 5th day of September,, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Keith R. Wesolowski Esquire.

                              Melvin W. Bolden, Jr.
                              _____
                              Melvin W. Bolden, Jr.
                              Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O. OLANIYI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil No. 05-455(RBW) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
|     Defendants. | ) |

### MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSSIION TO THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. Plaintiff's consent.

4. The record herein.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        Kimberly M. Johnson

        _____
        KIMBERLY M. JOHNSON (#435163)
        Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.

        _____
        MELVIN W. BOLDEN, JR. (# 192179)
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID O. OLANIYI,            )
                             )
        Plaintiff,           )
                             ) Civil No. 05-455(RBW)
                             )
                             )
DISTRICT OF COLUMBIA, et al. )
                             )
        Defendants.          )

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time to File a Reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of September, 2007,

ORDERED: that the Consent Motion for Enlargement of Time to File a Reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment, be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the District shall have up to and including September 21, 2007 to file its reply.

                                        _____
                                        REGGIE B. WALTON
                                        United States Judge

Case 1:06-cv-02165-RBW    Document 28    Filed 09/05/2007    Page 6 of 6