UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O. OLANIYI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 05-455(RBW) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

Defendant, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file a reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment. A responsive pleading is due on or about September 21, 2007. The District of Columbia requests an enlargement of time of up to and including September 28, 2007. One previous consent motion for enlargement has been granted in this matter. Plaintiff, through counsel, consents to the motion for enlargement.

The grounds for motion are that the undersigned counsel has devoted considerable time to this matter, however because of pretrial filings in Mercer v District of Columbia, CA # 05-0006898 and FOP v. District of Columbia, CA# 05-0007011 and other work related demands, counsel was unable to complete defendant's reply memorandum by the current deadline.

Wherefore, the District respectfully request that this Court expand the time to file a reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment up to and including September 28, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695


## CERTIFICATE OF SERVICE

I certify that on the 21st day of September,, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Keith R. Wesolowski Esquire.

Melvin W. Bolden, Jr.
_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O. OLANIYI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil  No. 05-455(RBW) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR FURTHER
ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S
OPPOSITION TO THE DISTRICT OF COLUMBIA'S MOTION TO
DISMISS OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The reasons set forth in the motion.

3. Plaintiff's consent.

4. The record herein.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    Kimberly M. Johnson

    _____
    KIMBERLY M. JOHNSON (#435163)
    Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O. OLANIYI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 05-455(RBW) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Consent Motion for Further Enlargement of Time to File a Reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of September, 2007,

ORDERED: that the Consent Motion for Further Enlargement of Time to File a Reply to Plaintiff's Opposition to the District of Columbia Motion or Alternatively for Summary Judgment, be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the District shall have up to and including September 28, 2007 to file its reply.

_____
REGGIE B. WALTON
United States Judge