UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID O. OLANIYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-455 (RBW) |
| ) | (Consolidated with |
| ) | Civil Action No. 06-2165) |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| DAVID O. OLANIYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 20, 2007, Darius Mills, one of the defendants in this consolidated civil case, filed his Amended Motion to Set Aside Entry of Default and Memorandum of Points & Authorities in Further Support of [His] Motion to Set Aside Default and in Opposition [to the] Plaintiff's Motion to Strike Filing by Darius Mills.  In light of these filings, it is

**ORDERED** that the Plaintiff's Motion to Strike Filing by Defendant Darius Mills, or[,] in the Alternative, Opposition to Mills'[s] Purported Motion to Vacate (or Set Aside) Default is **DISMISSED** as **MOOT**. It is further

**ORDERED** that the plaintiff shall file his opposition, if any, to the defendant's amended motion to set aside the entry of default against him on or before December 4, 2007. It is further

**ORDERED** that the defendant shall file his reply memorandum in support of his amended motion to set aside the entry of default against him on or before December 12, 2007. It is further

**ORDERED** that the defendant must seek leave from the Court before he may further amend his motion to set aside the entry of default against him, and that any documents purporting to further amend the defendant's amended motion to set aside the entry of default against him without prior leave from the Court shall be stricken.

**SO ORDERED** this 27th day of November, 2007.

REGGIE B. WALTON
United States District Judge