# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-00455(RBW) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendant. | ) |
| DAVID OLABAYO OLANIYI, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 06-2165(RBW) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THE FEDERAL DEFENDANTS' NOTICE TO THE COURT REGARDING THEIR POSITION ON DEFENDANT DARIUS MILLS' AMENDED MOTION TO SET ASIDE ENTRY OF DEFAULT**

The federal defendants[1] in the above-noted matter respectfully inform the Court of their position on Defendant Darius Mills' Amended Motion to Set Aside Entry of Default. Specifically, the federal defendants do not oppose the relief requested by Mr. Mills in his motion.

---

[1] The Federal Defendants are the United States, and Jordan Blieden, Charlie V. Boswell, Donald Bracci, Tyrone D. Brooks, Rose B. Cabezes, Mark Crawford, Joseph DePalma, John T. Dineen, Gregory W. Guthrie, Noe J. Gutierez, Elaine A. Hinkle, Shawn K. Huycke, John E. King, Danny Malloy, Danny L. McElroy, Robert B. Meikrantz, Preston Nutwell and John Salb, Ryan S. Schauf, John Shark, Kathleen Talbot, Mary Ann P. Turner, and Gilman Udell, Jr., former or current officers with the United States Capitol Police and Giulio J. Arseni, Jennifer Cejpeck, Sandra I. Chinchilla, Mary B. Collins-Morton, Douglas Edmonson, Kevin D. Finnerty, John Gardner, Jr., Paul A. Garten, Chris A. Ginsburg, Melissa R. Godbold, Ronald E. Menold, II, Michelle Rankin, Kara D. Sidener, and Gerhard S. Vienna, former and current Special Agents with the Federal Bureau of Investigation.

The Federal defendants' position is guided by the premise that, although the decision to set aside entry of default rests in the discretion of the district court, such judgments ultimately are "disfavored by modern courts." Reading v. United States, 506 F.Supp.2d 13, 17 (D.D.C. 2007)(citations omitted); see also Candido v. District of Columbia, 242 F.R.D. 151, 154-55 (D.D.C. 2007), quoting, Peak v. District of Columbia, 236 F.R.D. 13, 15 (D.D.C. 2006)("Courts do not favor default judgment and will only resolve cases in this manner 'when the adversary process has been halted because of an essentially unresponsive party. . .'")

In exercising its discretion on whether to set aside entry of default, the District Court will review whether the default was willful, any prejudice to plaintiff resulting from the vacatur, and the merits of the alleged defense. Reading, 506 F.Supp. 2d at 17. Given the arguments presented by plaintiff and Mr. Mills, it does not appear that there is anything in the record evidencing willfulness on Mr. Mills' part in precipitating the default. Further, it also does not appear that plaintiff will be prejudiced by the relief sought by Mr. Mills given that plaintiff will have the opportunity to demonstrate the merits of his case against Mr. Mills if the default judgment is vacated. Finally, defendant Mills' amended motion to set aside default (R. 129) suggests that Mr. Mills has a meritorious defense to plaintiff's Complaint. Thus, given the record and well established case law, the federal defendants do not oppose the relief requested by defendant Mills in his Motion to Set Aside Entry of Default.

Date: January 10, 2008

                Respectfully Submitted,

                /s/ Jeffrey A. Taylor /kvm
                _____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                /s/ Rudolph Contreras
                _____
                RUDOLPH CONTRERAS, D.C. BAR #434122
                Assistant United States Attorney

                /s/ Beverly M. Russell
                _____
                BEVERLY M. RUSSELL, D.C. Bar #454257
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia,
                 Civil Division
                555 4th Street, N.W., Rm. E-4915
                Washington, D.C. 20530
                Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *the Federal Defendants' Notice to the Court Regarding Their Position on Defendant Darius Mills' Amended Motion to Set Aside Entry of Default* was made by the Court's Electronic Case Filing System to:

>David Finley Williams
>Keith Wesolowski
>Jennafer P. Neufeld
>Cadwalader, Wickersham & Taft LLP
>1201 F Street, N.W.
>Washington, DC 20004

>Melvin W. Bolden, Jr.
>Office of the Attorney General for the
> District of Columbia
>441 4th Street, N.W.
>Washington, D.C.  20001

and by first class, prepaid mail to:

>Darius Mills
>3212 Calydon Court
>Fort Washington, Maryland 20744

this <u>10th</u> of January, 2008.

>/s/ Beverly M. Russell
>_____
>BEVERLY M. RUSSELL
>Assistant United States Attorney