**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00455(RBW) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2165(RBW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THE FEDERAL DEFENDANTS' MOTION TO
RESCHEDULE THE APRIL 11, 2008 STATUS CONFERENCE**

The federal defendants[1] in the above-noted matter respectfully move the Court to

reschedule the April 11, 2008 status conference set in the above-noted matter due to a conflict of

_____

[1]The Federal Defendants are the United States, and Jordan Blieden, Charlie V. Boswell, Donald Bracci, Tyrone D. Brooks, Rose B. Cabezes, Mark Crawford, Joseph DePalma, John T. Dineen, Gregory W. Guthrie, Noe J. Gutierez, Elaine A. Hinkle, Shawn K. Huycke, John E. King, Danny Malloy, Danny L. McElroy, Robert B. Meikrantz, Preston Nutwell and John Salb, Ryan S. Schauf, John Shark, Kathleen Talbot, Mary Ann P. Turner, and Gilman Udell, Jr., former or current officers with the United States Capitol Police and Giulio J. Arseni, Jennifer Cejpeck, Sandra I. Chinchilla, Mary B. Collins-Morton, Douglas Edmonson, Kevin D. Finnerty, John Gardner, Jr., Paul A. Garten, Chris A. Ginsburg, Melissa R. Godbold, Ronald E. Menold, II, Michelle Rankin, Kara D. Sidener, and Gerhard S. Vienna, former and current Special Agents with the Federal Bureau of Investigation.

The individually named federal defendants have a pending dispositive motion and the United States anticipates filing its dispositive motion within the next thee weeks.

their counsel.  Specifically, the federal defendants' counsel has a pretrial conference scheduled

that same day in the case, <u>Arrington v. United States</u>, Civil Action No. 01-1391(CKK).  The

<u>Arrington</u> pretrial conference was scheduled on October 5, 2007 prior to the scheduling of the

status conference in this case.  Accordingly, due to the conflict, the federal defendants

respectfully request that the status conference in this case be rescheduled.

Pursuant to Local Rule 7(m), the federal defendants' counsel contacted plaintiff's counsel

and was informed that plaintiff does not oppose the relief requested herein.  Plaintiff's counsel

additionally informed the federal defendants' counsel that, as of this date, he does not have any

conflicts between April 14 and mid-May for purposes of rescheduling the status conference.  The

federal defendants' counsel notes that she has a pretrial conference on April 28, 2008 at 4:00 pm

and a trial scheduled to begin May 5, 2008.  The trial might take up to five days.  The District of

Columbia's counsel has a pretrial conference on May 9, 2008 and a four day trial beginning May

13, 2008.  Mr. Mills, the <u>pro</u> <u>se</u> defendant, notes his preference that the status conference not be

rescheduled to May 13, or around May 26, 2008, the Memorial Day holiday.

A proposed Order consistent with the relief requested herein is attached.

Date: March 3, 2008

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


2

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *The Federal Defendants' Motion to Reschedule the April 11, 2008 Status Conference* was made by the Court's Electronic Case Filing System to:

> David Finley Williams
> Keith Wesolowski
> Jennafer P. Neufeld
> Cadwalader, Wickersham & Taft LLP
> 1201 F Street, N.W.
> Washington, DC 20004
>
> Melvin W. Bolden, Jr.
> Office of the Attorney General for the
>  District of Columbia
> 441 4th Street, N.W.
> Washington, D.C.  20001

and by first class, prepaid mail to:

> Darius Mills
> 3212 Calydon Court
> Fort Washington, Maryland 20744

this 3rd of March, 2008.

/s/ Beverly M. Russell

_____

BEVERLY M. RUSSELL
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00455(RBW) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2165(RBW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION of *The Federal Defendants' Motion to Reschedule the April 11, 2008 Status Conference*, and for good cause shown, it is by the Court,

ORDERED that the federal defendants' motion should be and is hereby granted, and thus, the April 11, 2008 shall be rescheduled to _____, 2008.

SO ORDERED.


_____        _____
DATE                                          UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff        David F. Williams/
                                       Keith Wesolowski/
                                       Jennafer P. Neufeld
                                       Cadwalader, Wickersham & Taft LLP
                                       1201 F Street, N.W., Suite 1100
                                       Washington, D.C.  20004

| | |
|---|---|
| Counsel for Federal Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C.  20530 |
| Counsel for District of  Columbia | Melvin W. Bolden, Jr.<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, D.C.  20001 |
| Pro Se Defendant | Darius Mills<br>3212 Calydon Court<br>Fort Washington, Maryland 20744 |