UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID O. OLANIYI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. 05-455 (RBW) (Consolidated with Civil Action No. 06-2165) |
| DISTRICT OF COLUMBIA, et al., | ) ) | |
| Defendants. | ) ) ) | |
| DAVID O. OLANIYI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

**ORDER**

On March 13, 2007, the Court entered an order consolidating the dockets captioned above and directing that all future filings be made in the docket for Civil Action No. 05-455. Notwithstanding this order, the parties have accidentally filed numerous items on both dockets, and the Court has compounded this error by entering several of its orders on both dockets as well. These erroneous filings and entries have created a fragmented docket in Civil Action No. 06-2165, which could give rise to a confusing if not misleading record should one or more of the

1

parties choose to appeal an order of this Court. The Court will therefore clarify the record by striking all items filed or entered on the docket in Civil Action No. 06-2165 after March 13, 2007, and directing that any future items filed or entered on that docket shall be deemed stricken as of the moment of their filing absent explicit direction to the contrary by the Court.

Accordingly, it is

**ORDERED** that all items filed or entered in the docket for Civil Action No. 06-2165 after March 13, 2007, are **STRICKEN** from the docket as nullities. It is further

**ORDERED** that any future items filed or entered on the docket for Civil Action No. 06-2165 shall be deemed stricken as nullities from the moment of their docketing absent explicit direction to the contrary by the Court.

**SO ORDERED** this 3rd day of March, 2008.

REGGIE B. WALTON
United States District Judge