**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00455(RBW) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2165(RBW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT UNITED STATES'**
**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY**
**TO PLAINTIFF'S OPPOSITION TO THE UNITED STATES'**
**RENEWED MOTION TO DISMISS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant United States respectfully moves for an enlargement of time up to and including Thursday, June 5, 2008 to file its Reply to Plaintiff's Opposition to the United States' Renewed Motion to Dismiss. The current deadline is today, June 2, 2008. No previous enlargements have been granted to the United States for this purpose. Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel, and was informed that Plaintiff does not oppose the relief requested herein. In support of the motion, Defendant United States states the following.

Defendant's counsel has made progress on the reply memorandum but, because of other work-related demands on its counsel (and the necessity of its counsel to take leave for part of today, June 2, to tend to the medical needs of a parent), Defendant will not be able to complete the memorandum in sufficient time for agency and supervisory review, as well as filing with the Court today, June 2, 2008.  Accordingly, for this reason, the United States is seeking a three day enlargement to file its reply.  A proposed Order consistent with the relief requested herein accompanies this motion.

Date: June 2, 2008

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant United States' Unopposed Motion for Enlargement of Time to File Its Reply To Plaintiff's Opposition to the United States' Renewed Motion to Dismiss* was made by the Court's Electronic Case Filing System this 2nd day of June, 2008 to:

> David Finley Williams
> Keith Wesolowski
> Jennafer P. Neufeld
> Cadwalader, Wickersham & Taft LLP
> 1201 F Street, N.W.
> Washington, DC 20004

> Melvin W. Bolden, Jr.
> Office of the Attorney General for the
>  District of Columbia
> 441 4th Street, N.W.
> Washington, D.C.  20001

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00455(RBW) |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

UPON CONSIDERATION of *Defendant United States' Unopposed Motion for Enlargement of Time to File Its Reply To Plaintiff's Opposition to the United States' Renewed Motion to Dismiss*, and for good cause shown, it is by the Court,

ORDERED that the United States' motion should be and is hereby granted, and thus, the United States shall have up to and including June 2, 2008 to file its Reply.

SO ORDERED.


_____              _____
DATE                                                UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff         David F. Williams/
                              Keith Wesolowski/
                              Jennafer P. Neufeld
                              Cadwalader, Wickersham & Taft LLP
                              1201 F Street, N.W., Suite 1100
                              Washington, D.C.  20004

| | |
|---|---|
| Counsel for District of Columbia | Melvin W. Bolden, Jr.<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, D.C.  20001 |
| Counsel for Federal Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C.  20530 |