UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 05-00455(RBW) |
| DISTRICT OF COLUMBIA, et al., | ) | |
| Defendant. | ) | |
| DAVID OLABAYO OLANIYI, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 06-2165(RBW) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT UNITED STATES'
UNOPPOSED, SECOND MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO THE UNITED STATES'
RENEWED MOTION TO DISMISS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant United States respectfully moves for an enlargement of time up to and including Monday, June 9, 2008 to file its Reply to Plaintiff's Opposition to the United States' Renewed Motion to Dismiss. The current filing deadline is Thursday, June 5, 2008. The United States has requested one previous enlargement of time for this purpose. Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel, and was informed that Plaintiff does not oppose the relief requested herein. In support of the motion, Defendant United States states the following.

Defendant's undersigned counsel notes that completing a draft of the reply memorandum is taking longer than anticipated, in part, due to other work-related demands but also due to an effort to comprehensively address the matters raised in Plaintiff's lengthy opposition memorandum.[1]  For this reason, Defendant does not anticipate finalizing the draft in time for supervisory review, and filing with the Court by the current deadline.  Accordingly, Defendant respectfully requests a second extension to June 9, 2008 to file its reply.  A proposed Order consistent with the relief requested herein accompanies this motion.

Date: June 4, 2008

                                              Respectfully Submitted,

                                              /s/ Jeffrey A. Taylor /kvm
                                              _____
                                              JEFFREY A. TAYLOR, D.C. BAR #498610
                                              United States Attorney

                                              /s/ Rudolph Contreras /kvm
                                              _____
                                              RUDOLPH CONTRERAS, D.C. BAR #434122
                                              Assistant United States Attorney

---

[1] Although the United States' motion for an enlargement of time is timely pursuant to Fed. R. Civ. P. 6(b)(1), because the United States' counsel anticipated filing the reply memorandum by the current deadline, the motion is not being filed within the time frame set by the Court in its General Order and Guideline for Civil Cases.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant United States' Unopposed, Second Motion for Enlargement of Time to File Its Reply To Plaintiff's Opposition to the United States' Renewed Motion to Dismiss*** was made by the Court's Electronic Case Filing System this <u>4th</u> day of June, 2008 to:

    David Finley Williams
    Keith Wesolowski
    Jennafer P. Neufeld
    Cadwalader, Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, DC 20004

    Melvin W. Bolden, Jr.
    Office of the Attorney General for the
     District of Columbia
    441 4th Street, N.W.
    Washington, D.C. 20001

    /s/ Beverly M. Russell
    _____
    BEVERLY M. RUSSELL
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-00455(RBW) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of *Defendant United States' Unopposed, Second Motion for Enlargement of Time to File Its Reply To Plaintiff's Opposition to the United States' Renewed Motion to Dismiss*, and for good cause shown, it is by the Court,

ORDERED that the United States' motion should be and is hereby granted, and thus, the United States shall have up to and including June 9, 2008 to file its Reply.

SO ORDERED.


_____    _____
DATE                      UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff    David F. Williams/
                         Keith Wesolowski/
                         Jennafer P. Neufeld
                         Cadwalader, Wickersham & Taft LLP
                         1201 F Street, N.W., Suite 1100
                         Washington, D.C.  20004

| | |
|---|---|
| Counsel for District of Columbia | Melvin W. Bolden, Jr.<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, D.C. 20001 |
| Counsel for Federal Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C. 20530 |