UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID OLABAYO OLANIYI, | ) | |
|     Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 05-00455(RBW) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
|     Defendant. | ) ) | |
| _____ | ) | |
| DAVID OLABAYO OLANIYI, | ) ) | |
|     Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 06-2165(RBW) |
| UNITED STATES OF AMERICA, | ) ) ) | |
|     Defendant. | ) ) | |
| _____ | ) | |

**DEFENDANT UNITED STATES'
UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO THE UNITED STATES'
RENEWED MOTION TO DISMISS**

      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant United States respectfully moves for an enlargement of time up to and including Friday, June 13, 2008 to file its reply to Plaintiff's Opposition to the United States' Renewed Motion to Dismiss. The current filing deadline is today, June 9, 2008. The United States has requested two previous enlargements of time for this purpose. Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel, and was informed that Plaintiff does not oppose the relief requested herein. In support of the motion, Defendant United States states the following.

As stated in Defendant's previous request for an enlargement of time, Defendant's undersigned counsel notes that completing a draft of the reply memorandum is taking longer than anticipated, in part, due to other work-related demands but also due to an effort to comprehensively address the matters raised in Plaintiff's lengthy opposition memorandum. Regarding the former, on Friday, June 6, 2008, Defendant's counsel spent a significant period of time addressing a matter which might impact the disposition of a pending, fully briefed motion for summary judgment in the Freedom of Information Act case, <u>Carter, Fullerton & Hayes v. Federal Trade Commission</u>, Civil Action No. 07-1041(RCL). The matter involved coordinating with the Federal Trade Commission ("FTC") as well as the U.S. Attorney's Office for the Eastern District of Virginia where the plaintiff in the <u>Carter, Fullerton & Hayes</u> case had filed a similar suit. Based on information provided on Friday, June 6, 2008 to the undersigned counsel, and also conveyed to the Assistant U.S. Attorney in the Eastern District of Virginia, both attorneys for the FTC agreed that action was required in their respective cases, and both filed documents in the appropriate Court on June 6, 2008.

As for the reply memorandum in this case, and based upon recent consideration, the United States' undersigned counsel has requested that the U.S. Capitol Police follow-up on certain factual matters raised in Plaintiff's opposition memorandum. The U.S. Capitol Police requires a day or so beyond the current deadline for filing the reply to undertake the requested follow-up. The undersigned counsel believes that such follow-up is required for purposes of drafting a comprehensive reply memorandum. Accordingly, for this reason as well, Defendant moves for an enlargement of time to June 13, 2008 to file its reply. Absent unusual and

unforeseen circumstances, the United States' counsel does not anticipate that additional enlargements will be requested for this purpose.[1]

      A proposed Order consistent with the relief requested herein is attached.

Date: June 9 2008

                Respectfully Submitted,

                /s/ Jeffrey A. Taylor /kvm
                _____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

                /s/ Rudolph Contreras /kvm
                _____
                RUDOLPH CONTRERAS, D.C. BAR #434122
                Assistant United States Attorney

                /s/ Beverly M. Russell
                _____
                BEVERLY M. RUSSELL, D.C. Bar #454257
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia,
                 Civil Division
                555 4th Street, N.W., Rm. E-4915
                Washington, D.C. 20530
                Ph:  (202) 307-0492
                Fax: (202) 514-8780

---

[1] After the drafting of this Motion (but before supervisory review), counsel for defendant United States received the Court's Notice from today, June 9, 2008, granting its previous motions for enlargement of time but stating that additional enlargements of time will not be granted absent extraordinary circumstances.  However, because of the perceived need to bring an issue to the immediate attention of the Court in the <u>Carter, Fullerton & Hayes</u> case on Friday, June 9 which took some time to work out and the certainty that Defendant's reply, absent the additional information requested from the U.S. Capitol Police, will be incomplete, Defendant respectfully requests that the Court grant this enlargement of time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant United States' Unopposed Motion for Enlargement of Time to File Its Reply To Plaintiff's Opposition to the United States' Renewed Motion to Dismiss* was made by the Court's Electronic Case Filing System this 9th day of June, 2008 to:

    David Finley Williams
    Keith Wesolowski
    Jennafer P. Neufeld
    Cadwalader, Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, DC 20004

    Melvin W. Bolden, Jr.
    Office of the Attorney General for the
     District of Columbia
    441 4th Street, N.W.
    Washington, D.C. 20001

                         /s/ Beverly M. Russell
                         _____
                         BEVERLY M. RUSSELL
                         Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OLABAYO OLANIYI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-00455(RBW) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of *Defendant United States' Motion for Enlargement of Time to File Its Reply To Plaintiff's Opposition to the United States' Renewed Motion to Dismiss*, and for good cause shown, it is by the Court,

ORDERED that the United States' motion should be and is hereby granted, and thus, the United States shall have up to and including June 13, 2008 to file its Reply.

SO ORDERED.

_____    _____
DATE                                             UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff        David F. Williams/
                                        Keith Wesolowski/
                                        Jennafer P. Neufeld
                                        Cadwalader, Wickersham & Taft LLP
                                        1201 F Street, N.W., Suite 1100
                                        Washington, D.C.  20004

| | |
|---|---|
| Counsel for District of Columbia | Melvin W. Bolden, Jr.<br>Office of Corporation Counsel<br>441 4th Street, N.W.<br>Washington, D.C.  20001 |
| Counsel for Federal Defendants | Beverly M. Russell<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, N.W., Suite E-4915<br>Washington, D.C.  20530 |